No. 630. CHAPLIN v. CLANCY, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Motion of respondent to supplement the record denied. Certiorari denied. *Myles J. Lane* for petitioner. *Jay Leo Rothschild* for Kravetz, respondent.

No. 656. MALLONEE ET AL., SHAREHOLDERS' PROTECTIVE COMMITTEE, ET AL. v. FAHEY ET AL.; and

No. 659. UTLEY, RECEIVER, v. FAHEY ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Wyckoff Westover* for Mallonee et al., and *Charles K. Chapman* for the Long Beach Federal Savings and Loan Association, petitioners in No. 656. *W. I. Gilbert, Jr.* for petitioner in No. 659. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Herman Marcuse* for Fahey et al., and *Sylvester Hoffmann* for the Federal Home Loan Bank of San Francisco, respondents. Reported below: 208 F. 2d 197.

No. 264, Misc. JOHNSON v. ILLINOIS. Supreme Court of Illinois and Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 342, Misc. MESSAMORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 369, Misc. RICE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.